# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| VIACOM INTERNATIONAL INC. and SPIN MASTER LTD., | ) ) ) | |
| Plaintiffs, | ) ) | No. 18-cv-02181 |
| v. | ) ) ) | Judge Rebecca R. Pallmeyer |
| | ) ) | Magistrate Judge Young B. Kim |
| HEARRT EVENTS and MEGAN WENTZ, | ) ) ) | |
| Defendants. | ) | |

## **MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs Viacom International Inc. and Spin Master Ltd. (together, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 54, respectfully move for entry of a consent judgment against Defendants Hearrt Events ("Hearrt") and Megan Wentz ("Wentz") (together, "Defendants"). In support of this motion, Plaintiffs state as follows:

1.  On March 26, 2018, Plaintiffs filed their Complaint against Defendants. (Dkt. No. 1.)

2.  On April 6, 2018, Plaintiffs served the Summons and Complaint on Defendants. (Dkt. Nos. 11, 12.)

3.  Defendants were required to appear and file an answer or responsive pleading by no later than April 27, 2018. Fed. R. Civ. P. 12(a)(1)(A)(i).

4.  Defendants have not filed an appearance, answer, or responsive pleading within the time required.

5.  On May 1, 2018, Wentz, on behalf of herself and Hearrt, contacted Plaintiffs' counsel to discuss resolution of this matter. Wentz informed Plaintiffs' counsel that Defendants have not retained – and do not intend to retain – counsel in this matter.

6. Plaintiffs and Defendants have agreed to enter into a consent judgment granting Plaintiffs the injunctive relief they requested in their Complaint. Specifically, Plaintiffs and Defendants have agreed that the consent judgment would enjoin permanently Defendants, their employees, agents, servants, and all in privity with any of them, from: (a) using the Paw Patrol Trademarks (as defined in Plaintiffs' Complaint) or any trademark, service mark, trade name, or designation similar thereto, in connection with Defendants' services; (b) unfairly competing with Plaintiffs; (c) engaging in unfair and deceptive trade practices; (d) injuring Plaintiffs' business reputation; and (e) infringing the Paw Patrol Copyrights (as defined in Plaintiffs' Complaint).

7. All parties have signed the proposed Consent Judgment attached hereto as Exhibit A.

8. Based on the foregoing, the Court should enter the proposed Consent Judgment attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that the Court:

A. Enter the proposed Consent Judgment attached hereto as Exhibit A; and

B. Award such other and further relief as is appropriate.

27596640.1

Dated: June 27, 2018

Respectfully submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

/s/Amanda M.H. Wolfman
Amanda M.H. Wolfman (#6303529)
155 North Wacker Drive
Suite 3100
Chicago, IL 60606
(312) 701-9343
awolfman@honigman.com

J. Michael Huget
Honigman Miller Schwartz and Cohn LLP
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108
(734) 418-4254
mhuget@honigman.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

  I, Amanda M.H. Wolfman, an attorney, hereby certify that I caused a copy of the foregoing **Motion for Entry of Consent Judgment**, to be served on the individuals listed below by email and U.S. Mail this 27th day of June, 2018:

| | |
|---|---|
| Megan Wentz<br>607 West Chapel Street<br>Rockton, IL 61072<br>meg.leeann89@gmail.com | Hearrt Events<br>c/o Megan Wentz<br>607 West Chapel Street<br>Rockton, IL 61072<br>meg.leeann89@gmail.com |

             */s/* Amanda M.H. Wolfman
               Amanda M.H. Wolfman